## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**WELLS FARGO FINANCIAL LEASING, INC.**                                  **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO.: 3:15cv180HTW-LRA**

**RICHARD D. LITTLE, LINDSAY K. LITTLE**
**AND BUDDY L. CRAFT**                                                    **DEFENDANTS**

## ORDER EXTENDING DISCOVERY DEADLINE

This day, having come for consideration upon Wells Fargo Financial Leasing, Inc.'s ("Wells Fargo) Motion to Extend Discovery Deadline (DK #19), and being advised that the Motion is well taken and should be granted, it is therefore:

ORDERED, ADJUDGED, and DECREED, that the discovery deadline is extended 90 days from the initial date of November 25, 2015 for the exclusive purpose of allowing Buddy L. Craft to respond to discovery requests made by Wells Fargo , for Wells Fargo to file any necessary Motion to Compel said responses and to take the deposition of Buddy L. Craft following its review of his responses.

This the 7th day of December, 2015

                                                                            s/ HENRY T. WINGATE
                                                                            U.S. DISTRICT COURT JUDGE

Presented By:

W. Jarrett Little (MSB #104812)
LENTZ & LITTLE, P.A.
2505 14th St., Ste. 100
Gulfport, MS 39501
(228) 867-6050
jarrett@lentzlittle.com